# Court of Appeals
# of the State of Georgia

ATLANTA,  May 30, 2012

*The Court of Appeals hereby passes the following order:*

**A12I0236.  MONROE SEIGLE v. MELODY CASTRO.**

On April 20, 2012, the trial court entered an order granting defendant Melody Castro's motion to open default and withdraw admissions and denying plaintiff Monroe Seigle's motion for bifurcated default judgment.  Eleven days later, on May 1, 2012, the trial court entered a certificate of immediate review.  Seigle then filed this application for interlocutory appeal.

Pursuant to OCGA § 5-6-34 (b), a certificate of immediate review "must be filed with the clerk of the trial court or 'entered' within the ten-day period in order to secure immediate review of a non-final judgment; and if the certificate is not entered within the ten-day period, then the party seeking review will merely have to await a final judgment in the case before he can seek a review of interlocutory judgments entered in the trial court." *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973). Here, the certificate of immediate review was not timely entered. This Court is therefore without jurisdiction to consider the application, which is accordingly *DISMISSED*.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  05/30/2012
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*